# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:19-cv-00567-R (MAA)** | Date: **March 1, 2019** |
| Title **Kenneth A. Fox *vs.* Bureau of Prisons, *et al.*** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed For Failure to Update Address and for Want of Prosecution

On February 28, 2019, the Court received mail, which had been directed to Plaintiff, returned and undelivered by the Postal Service. (ECF No. 8.) The Court searched for Plaintiff's record on the Federal Bureau of Prisons' online inmate locator and learned that Plaintiff was released on January 23, 2019. *See* https://www.bop.gov/inmateloc/.

Central District of California Local Rule 41-6 states:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

C.D. Cal. L.R. 41-6.

Plaintiff is **ORDERED TO SHOW CAUSE** by **April 1, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. *See* C.D. Cal. L.R. 41-6. If on or before that date, Plaintiff provides the Court his current address and telephone number, if any, and

e-mail address, if any, this Order to Show Cause will be discharged, and no additional action need be taken.  Plaintiff is advised that failure to respond to this Order to Show Cause will result in a recommendation that the Complaint be dismissed.

It is so ordered.

**Initials of Preparer**       cw