UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:19-cv-00567-DDP (MAA)** | Date: **July 2, 2020** |
| Title | **Kenneth A. Fox v. Bureau of Prisons et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed**

On March 19, 2020, Defendants Stephen Langford, Daniel Files, Jaspal Dhaliwal, M.D., Valerie Ericksen (Tapia), and Felipe Martinez, Jr. (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion"). (Mot., ECF No. 31.)

On March 20, 2020, the Court ordered Plaintiff Kenneth A. Fox ("Plaintiff") to file an Opposition to the Motion no later than **April 20, 2020**. (ECF No. 33.) The Court explicitly advised Plaintiff that "failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action. C.D. Cal. L.R. 7-12." (*Id.*)

On May 11, 2020, the Court received Plaintiff's letter to the District Judge, which the Court rejected pursuant to Local Rule 83-2.5. *See* C.D. Cal. L.R. 83-2.5 (prohibiting letters to the judge). (ECF No. 35.) In his letter, Plaintiff asserted that "[t]his case needs to be moved to Portland so I have a fair chance." (*Id.*)

On May 11, 2020, the Court ordered Plaintiff to do one of the following no later than **June 25, 2020**: (1) file an Opposition to the Motion; (2) file a Motion to Transfer the lawsuit; or (3) Dismiss the lawsuit by filing a Notice of Dismissal ("Order"). (Order, ECF No. 36.)

On July 1, 2020, Defendants filed a Notice of Non-Receipt of Opposition to Motion to Dismiss the Second Amended Complaint. (ECF No. 39.) Defendants state that they have not received any Opposition from Plaintiff, nor has Plaintiff filed a motion to transfer or a dismissal, as the Court's Order required. (*Id.*, at 3.) Defendants argue that under Local Rule 7-12, Plaintiff's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:19-cv-00567-DDP (MAA)**                                        Date: **July 2, 2020**

Title      **Kenneth A. Fox v. Bureau of Prisons et al.**

failure to timely file an Opposition may "may be deemed consent to the granting . . . of the motion," and request that the Court grant the Motion and dismiss Plaintiff's action in its entirety for the reasons set forth in the Motion.  (*Id*.)  Defendants also argue that Federal Rule of Civil Procedure 41(b) provides independent grounds to dismiss Plaintiff's action with prejudice.  (*Id*.)

Plaintiff is **ORDERED TO SHOW CAUSE** by **August 3, 2020** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with Court orders, and failure to prosecute the case.  If Plaintiff files either an Opposition to the Motion, a Motion to Transfer, or a Notice of Dismissal on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file an Opposition to the Motion may be construed as consent to the granting of the Motion and will result in a recommendation that the lawsuit be dismissed.  See C.D. Cal. L.R. 7-12.  Plaintiff also is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or failure to comply with Court orders.  See C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal

|  | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | JM |