**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH A. FOX,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 2:19-cv-00567-DDP (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (ECF No. 21), Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 31), Defendants' Notice of Non-Receipt of Opposition to the Motion to Dismiss the Second Amended Complaint (ECF No. 39), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 42). The time for filing objections has expired and no objections have been made. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED;

2. Defendant's Motion to Dismiss the Second Amended Complaint is GRANTED;

3. The Second Amended Complaint is DISMISSED; and

4. Judgment shall be ENTERED dismissing the entire action without prejudice.

DATED: 03-15-2021

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2