JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. FOX,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS et al.,<br><br>Defendants. | Case No. 2: 19-cv-00567-DDP (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action are DISMISSED without prejudice.

DATED: 03-15-2021

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE